IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHRISTOPHER SHEA,

Defendant.

**8:14CR358**

**ORDER ON APPEARANCE FOR**
**SUPERVISED RELEASE VIOLATION**

The defendant appeared before the Court on May 4, 2026 regarding Petition for Offender Under Supervision [94]. Jeffrey Thomas represented the defendant. Thomas Kangior represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The defendant's preliminary hearing will be held when he comes into federal custody. Fed. R. Crim. P. 32.1(b)(1)(A). The Violation of Supervised Release Hearing is scheduled before Senior U.S. District Judge Joseph F. Bataillon in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 10:30 a.m. on May 26, 2026

The government moved for detention based upon risk of flight and danger. The defendant is not in federal custody and requests a detention hearing upon coming into federal custody. The defendant shall be afforded the right to a detention hearing upon coming into federal custody and the government's motion for detention is held in abeyance.

The defendant shall be returned to the custody of Nebraska state authorities pending the final disposition of this matter. The U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

**IT IS SO ORDERED**.

Dated this 4th day of May, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge