## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

|  |  |
|---|---|
| Plaintiff, | CASE NO. 8:14CR358 |
| vs. | |
| Christopher Shea, | **SUBMISSION OF THE DETERMINATION OF DETENTION OR RELEASE** |
| Defendant. | |

Defendant states to the Court as follows:

(1)    I understand that the Court must determine whether I should be detained or released, pending future judicial proceedings.

(2)    I have discussed with my attorney my right to present evidence and make argument on this determination. All the questions I have concerning that right have been answered. I understand that by not requesting a hearing to present evidence and make argument, the Court will make the determination based upon the information within the Court's record.

(3)    At this time, I wish to give up my right to present evidence and make argument on the determination of detention or release and submit the matter to the Court.

_____          5-26-26
Defendant                                                 Date

_____          5/22/26
Attorney for Defendant                             Date

## ORDER

**IT IS ORDERED** that Defendant's Submission of the Determination of Detention or Release is hereby accepted, and a separate order will be issued concerning detention or release.

DATED this __1st__ day of __June__, 20_26_

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT