IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:14CR358** |
| vs. | |
| CHRISTOPHER SHEA, | **ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |
| Defendant. | |

On May 4, 2026 the government moved for detention based upon risk of flight and danger. The defendant was not in federal custody so, the government's motion for detention was held in abeyance. The defendant came into federal custody and he filed a Submission of Determination of Detention or Release [111]. On June 1, 2026 the Court approved the Defendant's Submission of Determination of Detention or Release [111].

The defendant has freely, knowingly, intelligently, and voluntarily waived the right to a detention hearing. The court finds that the defendant failed to meet his burden to establish by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community. Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1). The government's motion for detention is granted as to risk of flight and danger and the defendant shall be detained until further order of the Court.

The defendant shall be committed to the custody of the Attorney General or designated representative for confinement in a correctional facility and shall be afforded a reasonable opportunity for private consultation with defense counsel. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for an appearance in connection with a court proceeding.

**IT IS SO ORDERED**.

Dated this 1st day of June, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge